# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| ENGlobal U.S., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| AIC Energy Corp. d/b/a/ SA Fuels X, | ) | Case No.: 1:23-cv-00114 |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' discussions at the *Status Conference* held on August 1, 2024, the jury trial shall be rescheduled to September 29, 2025, at 9:00 AM in Bismarck Eagle Courtroom before Judge Daniel L. Hovland, for seven (7) days. The Final Pretrial Conference shall be rescheduled to September 9, 2025, at 10:30 AM via telephone before Magistrate Judge Clare R. Hochhalter. To participate in the Final Pretrial Conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Pursuant to the above scheduling modifications, the parties shall have until August 30, 2024, to submit an amended Scheduling and Discovery Plan to the court for its review.

**IT IS SO ORDERED.**

Dated this 1st day of August, 2024.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> Untied States District Court