UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ENGlobal U.S., Inc.,<br><br>     Plaintiff,<br><br>vs.<br><br>AIC Energy Corp. d/b/a SA Fuels X,<br><br>     Defendant. | Case No. 1:23-CV-00114<br><br>**PLAINTIFF/COUNTER-DEFENDANT ENGLOBAL U.S., INC.'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 56, Plaintiff/Counter-Defendant ENGlobal U.S., Inc. (hereinafter "ENGlobal") files this Motion for Summary Judgment, and would respectfully show the Court as follows:

1.      ENGlobal moves for summary judgment against Defendant/Counter-Plaintiff AIC Energy Corp. d/b/a SA Fuels X's (hereinafter "AIC") Counterclaim, as authorized by Federal Rule of Civil Procedure 56 since AIC cannot show that ENGlobal's performance fell below the appropriate standard of care.

2.      Pursuant to the Parties' written agreement, Texas substantive law applies. Under Texas substantive law, AIC is required to establish the applicable standard of care by qualified expert testimony, along with any breach of that standard of care. AIC failed to exchange complete expert witness reports by the January 31, 2025 deadline. Since AIC has not designated an engineering expert, let alone any expert, qualified to opine on an engineer's standard of care, and its deadline to do has passed, AIC cannot show that the is evidence to support an essential element of its claim – that ENGlobal's performance fell below the standard of care, resulting in a breach of the Contract. Therefore, ENGlobal is entitled to summary judgment on AIC's counterclaim as a matter of law.

Dated this 27th day of February, 2025

**VOGEL LAW FIRM**

*/s/ Robert J. Pathroff*

BY:  Caren W. Stanley (#06100)
Robert J. Pathroff (#07759)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  701.237.6983
Email:    cstanley@vogellaw.com
           rpathroff@vogellaw.com
ATTORNEYS FOR PLAINTIFF

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

*/s/ Angela D. Caffey*

BY:  Angela D. Caffey (#24062064)
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone:  (214) 871-8245
Telecopy:  (214) 871-8209
Email:    Acaffey@thompsoncoe.com
ATTORNEYS FOR PLAINTIFF